

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00157-CR

The **STATE** of Texas,
Appellant

v.

Jonathan Jose **RODRIGUEZ-GOMEZ**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000729L1
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the court **DECLARES** the trial court's order issued on February 16, 2023, void and **DISMISSES** this appeal for want of jurisdiction.

SIGNED February 14, 2024.

_____
Rebeca C. Martinez, Chief Justice